**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**NOEL RICHARDSON,**

   **Petitioner,**

**v.**              **Civil Action No. 2:07cv2**

**DOMINIC A. GUTIERREZ, Warden,**

   **Respondent.**

<u>**ORDER**</u>

It will be recalled that on January 12, 2007, Magistrate Judge Kaull filed his

Report and Recommendation, wherein the Petitioner was directed, in accordance with

28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten

(10) days after being served with a copy of the Report and Recommendation.  No

objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, the Court will review the Magistrate's Report and Recommendation for

clear error.[1]

Upon examination of the report from the Magistrate Judge, it appears to the

Court that the issues raised by the Petitioner in his Petition, filed pursuant to 28 U.S.C.

§2241, wherein Petitioner alleges that the Federal Bureau of Prisons improperly

calculated his good conduct time, were thoroughly considered by Magistrate Judge

Kaull in his Report and Recommendation.  Moreover, the Court, upon a review for clear

error, is of the opinion that the Report and Recommendation accurately reflects the law

---

[1]The failure of a party to object to a Report and Recommendation waives the party's right to appeal from a judgment of this Court based thereon and, additionally, relieves the Court of any obligation to conduct a *de novo* review of the issues presented.  *See* <u>Wells v. Shriners Hospital</u>, 109 F.3d 198, 199-200 (4th Cir. 1997); <u>Thomas v. Arn</u>, 474 U.S. 140, 148-153 (1985).

applicable to the facts and circumstances before the Court in this action.  Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

**ORDERED** that the Petitioner's Petition  be, and the same hereby is, **DENIED** and **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that the above-styled action shall be **STRICKEN** from the docket of this Court.  It is further

**ORDERED** that the Clerk shall enter judgment for the Respondent.  It is further

**ORDERED** that, if Petitioner should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.  The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal.  In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed in forma pauperis from the United States Court of Appeals for the Fourth Circuit.

**ENTER**: May __29th__, 2008

_____**/s/ Robert E. Maxwell**_____
United States District Judge